UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Voltage Holdings, LLC, *et al.*<br><br>       Plaintiffs,<br> v.<br><br>Verizon Communications Inc. and Cellco Partnership<br><br>       Defendants. | Case No. 1:22-cv-07586-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Voltage Holdings, LLC; Voltage Pictures, LLC; After Productions, LLC; After II Movie, LLC; After We Fell Productions, LTD; Venice PI, LLC; Bedeviled LLC; Colossal Movie Productions, LLC; Dallas Buyers Club, LLC; YAR Productions Inc.; Wonder One, LLC; REP PRODUCTIONS 12 LTD; Fun Mom Dinner, LLC; Chase Film Nevada LLC; H Films, Inc.; Ammo Entertainment, LLC; SF Film, LLC; MON, LLC; Goldenrod Holdings, LLC; and Rep Productions Scandi Ltd. and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Verizon Communications Inc. and Cellco Partnership.

Date: September 16, 2022

 /s/ Gregory Dovel
*Signature of plaintiffs or plaintiff's counsel*

 201 Santa Monica Blvd., Ste. 600
*Address*

 Santa Monica, California, 90401
*City, State, & Zip Code*

 (310) 656-7066
*Telephone Number*